# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1988
Lower Tribunal No. 2013-CF-001848

_____

BOBBY F. YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Lisa S. Porter, Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and PRATT, JJ., concur.


Bobby F. Young, East Palatka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED